```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 01895
  MICHAEL Y MASHAL
                                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES

          Debtor
  SSN XXX-XX-1766
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/05/07 and confirmed on 04/13/07.

   2.  The case was converted to Chapter 7 after confirmation, 01/22/2008.

   3.  The Debtor paid a total of $   6155.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 32663.73 | .00 | 3449.50 |
| WILLOW CREEK CONDOMINIUM | MORTGAGE ARRE | 4743.93 | .00 | 501.01 |
| FIRST SECURITY BANK | UNSECURED | 11017.69 | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | NOT FILED | .00 | .00 |
| NDC CHECK SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1486.28 | .00 | .00 |
| RIDDLE & ASSOC PC | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN FINANCIAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 7312.31 | .00 | .00 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 37407.66 | .00 | 19816.28 | .00 | 57223.94 |
| PRINCIPAL PAID | 3950.51 | .00 | .00 | .00 | 3950.51 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 3950.51 | .00 | .00 | .00 | 3950.51 |

The Debtor's attorney, JAMES A YOUNG & ASSOC            , was allowed $   2500.00
and was paid $    500.00  direct and $   2000.00  through the plan.

The Trustee received $    204.49 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 04/17/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```